UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| SCOTTIE WILLIAMS, | ) Civil Action Number: 0:19-cv-01905-MGL |
| Plaintiff, | ) |
| v. | ) |
| KILOLO KIJAKAZI,[1] Acting Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

**ORDER**

On Plaintiff's Motion for Attorney's Fees pursuant to § 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1), and there being no objection by counsel for the Defendant, it is hereby

ORDERED as follows:

1. That the Court authorizes a payment W. Daniel Mayes, Esquire, in the amount of Nineteen Thousand, Two Hundred, Twenty-Five Dollars and 60/100 cents ($19,225.60) in attorney's fees being withheld from Plaintiff's past-due benefits for court-related services.

2. Upon receipt of this sum, Plaintiff's counsel shall remit Four Thousand, Six Hundred, Sixty-Five Dollars and 88/100 Cents ($4,665.88) directly to Plaintiff, representing the sum to be paid to Plaintiff's counsel on Plaintiff's behalf pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

September 24, 2021  
Columbia, South Carolina

s/ Mary Geiger Lewis  
Honorable Mary Geiger Lewis  
United States District Judge